# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131995(60)

DAIMLERCHRYSLER SERVICES
OF NORTH AMERICA, L.L.C.,
      Plaintiff-Appellee,

v

           SC: 131995
           COA: 264323
           Ct of Claims: 04-000113-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 21, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

d0618